UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 02-61534-CIV-MORENO

A.P., a minor child, by and through his next friend, DAVID BAZERMAN, *et al.*,

    Plaintiffs,

vs.

EDWARD FEAVER *et al.*,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Joint Stipulation for Order of Dismissal Only as to Plaintiff, R.K. **(D.E. 1132)**, filed **June 23, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). This case is hereby **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge Edwin G. Torres

Counsel of Record